UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00176-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ERIC LONNELL FORSTON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter dated September 10, 2013, in which he expresses concerns for why his Judgment has not been entered since his sentencing on July 18, 2013. He states that as of the date of writing his letter, September 2, 2013, this court has not entered its Judgment. Such contention is simply not correct as the court entered its Judgment on July 30, 2013 (#24), a copy of which was sent to his retained counsel on that date. The court will ask counsel to make sure that his client has a copy of the Judgment (#23) and Statement of Reasons (#24), which was also entered July 30, 2013.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant letter, deemed to be a Motion for Entry of Judgment (#25), is **DENIED** as moot.

Signed: September 16, 2013

Max O. Cogburn Jr.
United States District Judge